David C. Wakefield, Esq.    Bar #: 185736
Lightning Law, APC
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.485.4300; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; ANNA MARIE WIGGINS, An Individual, ON BEHALF OF ROBERT AARON MCKISSICK;** **Plaintiffs,** **v.** **LOMA VISTA APARTMENTS ASSOCIATES, A California General Partnership; and DOES 1 THROUGH 10, Inclusive** Defendants | **Case #: 20CV01465 SB (ADSx)** **NOTICE OF SETTLEMENT OF THE CASE IN ITS ENTIRETY** [Local Rule] |

Plaintiffs hereby provide Notice to the court that all the parties to this action have settled this matter which will cause the matter to be dismissed with prejudice in its entirety.   After the exchange of signed settlement documentation and receipt of settlement consideration, the Parties intend to shortly thereafter file a Dismissal With Prejudice of The Entire Case.   Plaintiffs request a settlement disposition conference in 45 days from this Notice.

Dated: 12-01-2020                   **Lightning Law, APC**

By:  _/S/ David C. Wakefield_____
David C. Wakefield, Esq.
Attorney for Plaintiffs

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

      I employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.  On the date stated below, I served the documents described below in the manner indicated below on all interested parties as stated on the attached service list:

1. **NOTICE OF SETTLEMENT OF THE CASE IN ITS ENTIRETY**

\_\_\_\_  **BY MAIL -**  I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

\_\_\_\_  **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by \_\_\_\_

\_\_\_\_  **VIA FACSIMILE** – I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

XX  **BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(s) indicated.

\_\_\_\_  **BY OVERNIGHT DELIVERY** – I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express.  They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

\_\_\_\_  (State)  I declare under penalty of perjury under the laws of the State of

California that the above is true and correct.

**XX**     (Federal)     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was mad.

Executed on 12-01-2020   at San Diego, California.

/s/ David C. Wakefield_____
DAVID C. WAKEFIELD


## <u>SERVICE LIST</u>

Jan Buddingh, Jr.
GORDON & REES
SCULLY MANSUKHANI
101 W. Broadway, Ste. 2000
San Diego, CA 92101
P: 619-696-6700 |  F: 619-696-7124
Email: jbuddingh@grsm.com
Attorney for Defendants