JS-6



**FILED**
CLERK, U.S. DISTRICT COURT

December 2, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; ANNA MARIE WIGGINS, An Individual, ON BEHALF OF ROBERT AARON MCKISSICK,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>LOMA VISTA APARTMENTS ASSOCIATES, A California General Partnership; and DOES 1 THROUGH 10, Inclusive<br><br>　　　　　　Defendants | Case No: 8:20CV01465 SB (ADSx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

　　Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety.  Each of the parties herein shall bear their own respective attorney fees and costs.

　　**IT IS SO ORDERED.**

Dated:　 December 2, 2020　

By: _____
　　Hon. Stanley Blumenfeld, Jr.
　　United States District Judge

1